1  ROBERT E. CARTWRIGHT, JR. (SBN 104287)
   MATTHEW J. QUINLAN (SBN 236507)
2  THE CARTWRIGHT LAW FIRM, INC.
   222 Front Street, 5th Floor
3  San Francisco, CA 94111
   Telephone: (415) 433-0444
4  Facsimile: (415) 433-0449
   E-Mail: rob@cartwrightlaw.com
5  E-Mail: matt@cartwrightlaw.com

6  Attorneys for Plaintiff
   RONALD MUSANTE
7

8  PAUL S. ROSENLUND (SBN 87660)
   DUANE MORRIS LLP
9  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
10 Telephone: (415) 957-3178
   Facsimile: (415) 520-5479
11 E-Mail: psrosenlund@duanemorris.com

12 Attorneys for Defendants
   CASCADE DESIGNS, INC. and
13 RECREATIONAL EQUIPMENT, INC.

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  RONALD MUSANTE, | Case No. CV09-01067 BZ |
| 19         Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| 20      v. | |
| 21  CASCADE DESIGNS, INC. (a corporation); RECREATIONAL EQUIPMENT, INC. (a | |
| 22  corporation), RED COMPANY (a business association; GREEN COMPANY (a business | |
| 23  association; WHITE COMPANY (a business association; and DOES 1 – 100, inclusive, | |
| 24 | |
| 25         Defendants. | |

26

27

28

The parties, through their counsel of record, hereby stipulate pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure that this action shall be dismissed with prejudice, with each party to bear their own costs and attorneys' fees, and that the trial date and all other pretrial dates and deadlines be vacated.

DATED: November 25, 2009            DUANE MORRIS LLP

By: /s/ Paul S. Rosenlund
PAUL S. ROSENLUND
Attorneys for Defendants
CASCADE DESIGNS, INC. and
RECREATIONAL EQUIPMENT, INC.

DATED: November 25, 2009            THE CARTWRIGHT LAW FIRM, INC.

By: /s/ Robert E. Cartwright, Jr.
ROBERT E. CARTWRIGHT, JR.
Attorneys for Plaintiff
RONALD MUSANTE

**ORDER**

BASED UPON THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED: 2/16/2010

By: BERNARD ZIMMERMAN
United States Magistrate Judge