1  ROBERT E. CARTWRIGHT, JR. (SBN 104287)
   MATTHEW J. QUINLAN (SBN 236507)
2  THE CARTWRIGHT LAW FIRM, INC.
   222 Front Street, 5th Floor
3  San Francisco, CA 94111
   Telephone: (415) 433-0444
4  Facsimile: (415) 433-0449
   E-Mail: rob@cartwrightlaw.com
5  E-Mail: matt@cartwrightlaw.com

6  Attorneys for Plaintiff
   RONALD MUSANTE
7

8  PAUL S. ROSENLUND (SBN 87660)
   DUANE MORRIS LLP
9  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
10 Telephone: (415) 957-3178
   Facsimile: (415) 520-5479
11 E-Mail: psrosenlund@duanemorris.com

12 Attorneys for Defendants
   CASCADE DESIGNS, INC. and
13 RECREATIONAL EQUIPMENT, INC.

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | RONALD MUSANTE, | Case No. CV09-01067 BZ |
|---|---|---|
| 19 | Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| 20 | v. | |
| 21 | CASCADE DESIGNS, INC. (a corporation); RECREATIONAL EQUIPMENT, INC. (a corporation), RED COMPANY (a business association; GREEN COMPANY (a business association; WHITE COMPANY (a business association; and DOES 1 – 100, inclusive, | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | Defendants. | |

DM1\1982406.1         STIPULATION AND ORDER OF DISMISSAL – CASE NO. CV09-01067 BZ

1  The parties, through their counsel of record, hereby stipulate pursuant to Rule 41(a)(2) of
2  the Federal Rules of Civil Procedure that this action shall be dismissed with prejudice, with each
3  party to bear their own costs and attorneys' fees, and that the trial date and all other pretrial dates
4  and deadlines be vacated.

6  DATED: November 25, 2009    DUANE MORRIS LLP

8                                By:  /s/ Paul S. Rosenlund
9                                     PAUL S. ROSENLUND
                                      Attorneys for Defendants
10                                    CASCADE DESIGNS, INC. and
                                      RECREATIONAL EQUIPMENT, INC.

12 DATED: November 25, 2009    THE CARTWRIGHT LAW FIRM, INC.

14                                By:  /s/ Robert E. Cartwright, Jr.
15                                     ROBERT E. CARTWRIGHT, JR.
                                       Attorneys for Plaintiff
16                                     RONALD MUSANTE

18                        **ORDER**
19  BASED UPON THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.
20 DATED: 2/16/2010

23                                By: BERNARD ZIMMERMAN
                                      United States Magistrate Judge